RECEIVED
JUN 20 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

_____ DIVISION

Jason Edward Lorenz
                    Plaintiff

(Enter above the full name of the
plaintiff or plaintiffs in this action

-vs-

Terry W. Cook
Attorney @ Law
                    Defendant

(Enter above the full name of the
defendant or defendants in this action.

I. Previous lawsuits:

(A) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

  Yes (\_\_\_\_\_)   No ( ✓ )

(B) If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline and attach.)

  1. Parties to this previous lawsuit:

     Plaintiffs: \_\_\_\_N/A\_\_\_\_

     Defendants: \_\_\_\_N/A\_\_\_\_

  2. Court (if federal court, name the district; if state court, name the county):

     _____

  3. Docket Number: \_\_DC 04-026\_\_

4. Name of judge to whom case was assigned: *District Judge Richard A. Simonton*

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? *Sentenced to D.O.C 7yr w/5ss Changed, Entered a plea of Nolo Contendrae*

6. Approximate date of filing lawsuit: *6-12-07*

7. Approximate date of disposition: *6-21-05*

II. Place of Present Confinement: *Dawson County Correctional Facility*

(A) Is there a prisoner grievance procedure in this institution?

Yes (_____)   No (__✓__)

(B) Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (_____)   No (__✓__)

(C) If you answer is YES:

(1) What steps did you take?_____

(2) What was the result?_____

(D) If your answer is NO, explain why not: *Did not learn of facts until Released from prison Now incarcerated in County Jail of Dawson County*

III. Parties:

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

(A) Name of Plaintiff *Jason Edward Lorenz*

Address *Dawson County Jail, 440 Colorado Blvd., Glendive Montana 59330*

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for names, positions and places of employment of any additional defendants.)

2

-3-

(B) Defendant _Attorney Jerry D. Cook_ is employed as _Public Defender_ at _Dawson County Glendive, MT_

(C) Additional defendants: _N/A_

IV. Statement of claim:

State here as briefly as possible only the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related cases, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.

I was charged with Attempted Incest and given 7 years w/ 5 years suspended. After doing 2 years I review the statute of Incest and found that you can not be charge with sexual contact at that of a Step-sister. Jennifer Lorenz, the victim in this case told the courts she was my half-sister. My father William E. Lorenz told Attorney Jerry D. Cook of Dawson County that she was not Jennifer Lorenz true or biological father and that she was my step-sister. William Lorenz had been legally seperated from Georgia Lorenz, victims mother, for 4 yrs prior to the charges. Attorney did not acknowledge this fact.

V. Relief sought:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

file a Motion to withdrawl Guilty Plea
file a petition for DNA ordering Jennifer Lorenz to submit to a DNA test.

-4-

I would like the courts to Acknowledge that Attorney Jenny R. Cook did not inform the courts that the said victim was not or may not be my Half-Blood and that I was wrongfully convicted of Attempted Incest. I would like to file a petition for writ, file a motion to Withdraw Guilty Plea and Hopefully put this case into post-conviction relief.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of __June__, ~~199~~ 2007

_Jason E. Lorenz_
Jason E. Lorenz Plaintiff

440 Colorado Blvd.

Glendive, MT 59330

4