In The United States District Court
for the District of Montana
Billings division

SCANNED

RECEIVED

JUN 1 1 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

Jason Edward Lorenz
Petitioner,

VS.

The State of Montana
Respondent.

)
)
)
)
)
)
)
)
) )

Cause No. CV07-87-BLG-RFC-CSO
CV 07-87-BLG-RFC-CSO

Motion to Incorporate
Affidavits as Supporting
Evidence

RECEIVED

JUN 2 7 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

On April 4, 2008, the Petitioner was ordered, by the court, to submit Affidavits or other evidence to support his claim that he is not a biological relative of the victim and that he has no form of parent-child relationship with the victim. Mont. Code Ann. § 45-5-507(a) 2003.

On May 15, 2008, the Petitioner filed a signed and Notarized Affidavit from his father DuWayn Lorenz Aff. (doc 13) at 1.

Following are two(2) affidavits signed and Noterized by the Petitioners brother; Daniel Lorenz and mother; Virginia Talley; marked as exhibit (A) and (B), which are to support the Petitioners claim, Mention above, and to support "his constitutional claim with a colorable showing of factual innocence" Kuhlmann v. Wilson, 477 U.S. 454(1986)

Deadline to enter all supporting affidavits and or other Evidence, is set by the courts on or before June 13, 2008.

This motion has been filed in a timely manner, on or before June 13, 2008.

Therefore, the Petitioner, in above case, ask that the court **Grant** said motion to Incorporate Affidavits as supporting evidence into the case file cv 07-87- BLG-RFC-CSO.

<u>Verification</u>

State of Montana )
County of Dawson ; ss

I, the Petitioner above named, being duly sworn states, as follows:

I have read the foregoing pet motion to Incorporate Affidavits as Supporting Evidence, an Know the contents there of, and same is true to my own Knowledge, information and belief.

Dated this 3rd day of June, 2008

DAVE BALL
NOTARY PUBLIC for the State of Montana
of Deer Lodge, Montana
Commission Expires April 01, 2011

Jason E. Lorenz
Jason E. Lorenz
Petitioner.

Subscribed and Sworn to me this 3rd day of June, 2008, by Jason E. Lorenz

# Certificate of Service

This is to certify that a true and correct copy of the foregoing Motion to Incorporate affidavits as supporting Evidence was sent by U.S. Mail to the following on June 26, 2008.

Micheal S. Wallenstein
Assistant Attorney General
215 North Sanders
P.O. 201401
Helena MT 59620-1401
Attorney for Respondent


U.S. District Court
Clerk of Court
316 N. 26th St.
Room #5405
Billings, MT. 59101