# Sworn Affidavit     SCANNED

I, Virgina Gail Talley, give my sworn testimony to the facts stated here with in and state that:

I am the mother, biologically, to Jason Edward Lorenz. Jasons' biological father is DuWayne Edward Lorenz.

I testify that Jennifer Lorenz is not my biological daughter nor is DuWayne Edward Lorenz her biological father.

I also testify that Jason Edward Lorenz is not biologically related to Jennifer Lorenz by whole or half-blood.

Jason Edward Lorenz is not that of a parent to nor step-child of Jennifer Lorenz.

Jennifer Lorenz is not that of a parent to nor a step-child of Jason Edward Lorenz.

Exhibit "A"
page 1 of 2

Under the penalty of perjury, the facts stated here with in are true to the best of my knowledge.

Signed and dated on 20 of ~~June~~ May, 2008

Signature

Virginia Gail Talley (Judge)    Virginia G Talley

~~6359~~ 6953 FM 499
~~6959~~
Campbell, TX. 75422

Seal    5-20-08
        Wanda Wallace



WANDA WALLACE
MY COMMISSION EXPIRES
November 17, 2009