# Sworn Affidavit  SCANNED

I, DANIEL LORENZ, give my sworn testimony to the facts stated here within and state:

I am the biological brother to Jason Edward Lorenz.

Jason's biological mother is Virginia Gail Talley, maiden name Trudge. His biological father is DuWayne Edward Lorenz, whom are also my biological parents.

I testify that Jennifer Lorenz is not biologically related to myself through whole or half-blood nor is DuWayne Edward Lorenz or Virginia Gail Talley (Trudge) that of biological parents to that of Jennifer Lorenz.

I also testify that Jason Edward Lorenz is not biologically related to Jennifer Lorenz by whole or half-blood.

Jason Edward Lorenz is not that of a parent to nor a step-child of Jennifer Lorenz. Jennifer Lorenz is not that of a parent to nor a step-child of Jason Lorenz.

Exhibit "B"

*Under the penalty of perjury, the facts stated here with in are true to the best of my knowledge.*

*Signed and dated on 5 of 20, 2008*

*Signature,*

*Daniel Howard Lorenz*
*507 E. Towne St.*
*Glendive, MT. 59330*

DANIEL LORENZ

STATE OF MONTANA:
COUNTY OF DAWSON:



Seal

On this 20th day of May, 2008 before me, Louise Rittal, a Notary Public for the State of Montana, personally appeared DANIEL LORENZ.

Louise Rittal
Louise Rittal
Residing at Glendive, MT
My Commission Expires: 8/13/2010

*Exhibit "B"*