# Sworn Affidavit

SCANNED

I, DWAYNE LORENZ, give my sworn testimony to the facts stated here with in and state that:

I am the biological father to Jason Edward Lorenz.

Jason's biological Mother is Virginia Gail Talley maiden name Trudge.

I testify that Jennifer Lorenz is not my biological daughter nor is Virginia Gail Talley (Trudge) her biological mother.

I also testify that Jason Edward Lorenz is not biologically related to Jennifer Lorenz by whole or half-blood.

Jason Edward Lorenz is not that of a parent to nor step-child of Jennifer Lorenz.

Jennifer Lorenz is not that of a parent to nor step-child of Jason Edward Lorenz.

Exhibit "C"

"Under the penalty of perjury, the facts stated here with in are true to the best of my knowledge.

Signed and dated on 28 of May, 2008

Signature
DuWayne Lorenz

DuWayne Edward Lorenz
712 Atlantic St.
Miles City, MT. 59301

Seal [notary seal: LAVONNE SCHROEDER NOTARY SEAL STATE OF MONTANA]

Lavonne Schroeder
NOTARY: LAVONNE SCHROEDER
State of Montana
COMM EXP: 05/21/2010

Exhibit "C"