U.S. District Court
Clerk of Court
316 N. 26th St.
Room # 5405
Billings MT 59101

RECEIVED
JUN 27 2008
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

June, 26, 2008

Dear Clerk of Court:

    Enclose is the Affidavits and Motion to re-submit to the Courts. I have sent copies to the Assistent Attorney General.
    Please send back the original documents.
    Thank You
    Also, could you print out a list of what each document # is for me.
    ga. (doc 1) is Writ of Habeas, (doc 17) is Resp. Mot. for Protive Protictive Order ok...
    if you can, it would be highly appreciated.
    Thank You for your time and concern.

Sincerely
Mr. Jason E. Lorenz
Jason E. Lorenz